# United States Court of Appeals
## For the First Circuit

No. 07-1516

DENNY STENLY ROTINSULU,

Petitioner,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,

Respondent.

**ERRATA**

The opinion of this court dated February 8, 2008, is amended as follows:

On the coversheet replace "Gelpi, <u>District Judge</u>." with "Gelpí, <u>District Judge</u>."